ganization and the adjudication of the debtor as a bankrupt were fully justified, the order of the District Court entered October 19, 1942, from which appeal was taken, is affirmed.

## William LYNCH, Appellant, v. UNITED STATES of America, Appellee.

### No. 9572.

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1943.

Writ of Certiorari Denied March 6, 1944.

See 64 S.Ct. 635.

Paul W. Steer, of Cincinnati, Ohio, for appellant.

Calvin Crawford, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause having come on to be heard on the record, brief and argument of counsel, and the court being of the opinion that no error appears in the record; it is therefore ordered and adjudged that the judgment of the District Court in this cause be, and the same is hereby, affirmed.

## William McMILLAN, Appellant, v. UNITED STATES of America, Appellee.

### No. 9563.

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1943.

Paul W. Steer, of Cincinnati, Ohio, for appellant.

Calvin Crawford, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause having come on to be heard on the record, brief, and argument of counsel, and the court being of the opinion that no error appears in the record; it is therefore ordered and adjudged that the judgment of the District Court in this cause be, and the same is hereby, affirmed.

## Claire PEKRAS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

## John PEKRAS, Petitioner, v. SAME.

### Nos. 9612, 9613.

Circuit Court of Appeals, Sixth Circuit.

Dec. 16, 1943.

Robert H. Rice, of Elyria, Ohio, for petitioners.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, R. H. Transue, A. F. Prescott, and Newton K. Fox, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

These causes were heard upon the transcript of record, briefs and arguments of counsel. On consideration whereof, it is ordered and adjudged that the decisions of the Tax Court of the United States be and the same are affirmed upon the grounds and for the reasons set forth in the opinion of the Tax Court of the United States entered May 31, 1943.

## RAILROAD CREDIT CORPORATION, Appellant, v. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, Debtor, et al.

### No. 12472.

Circuit Court of Appeals, Eighth Circuit.

Nov. 30, 1943.

Thomas F. McDonald, of St. Louis, Mo., Edward G. Buckland, of New Haven, Conn., and William J. Kane, of Baltimore, Md., for appellant.